UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLIKARJUN EAGA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-2682 (RBW) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, U.S. Citizenship and Immigration Services ("USCIS") and Mark Koumans, in his official capacity as the acting director of USCIS, by and through undersigned counsel, respectfully move the Court for a 14-day extension of time to file Defendants' response to Plaintiffs complaint, from December 28, 2020, until January 11, 2021.  This is Defendants' second request for an extension of time in this matter.  Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants conferred with counsel for Plaintiffs and Plaintiffs consented to the requested relief.

There is good cause for granting this motion.  Plaintiffs are ten foreign nationals and H-4 nonimmigrant spouses who purport to be eligible for employment authorization under 8 C.F.R. § 214.2(h)(9)(iv), and have filed applications to extend their H-4 nonimmigrant status and their employment authorization with USCIS.  *See* Compl. ¶ 3.  Plaintiffs allege that they risk losing their employment if they cannot extend their employment authorization before their current authorization expires.  *Id.* ¶ 5.  Accordingly, Plaintiffs seek an order to "compel [] USCIS to

1

adjudicate all of the plaintiffs' application . . . within a reasonable time, and no more than six months after" their application date. *Id.* at 10.

Since the filing of Plaintiff's complaint, USCIS has approved 8 of the 10 pending applications at issue in the complaint. Moreover, USCIS expects that further adjudications may occur within the next 14 days. Accordingly, Defendants believe that the disputed issues in this matter will soon be further reduced or moot. Defendants are continuing to confer with Plaintiffs' counsel regarding the status of the two adjudications that have yet to occur, and will also continue to provide copies of USCIS's approvals to counsel.

In light of the above, Defendants require a reasonable amount of additional time to confer with Plaintiffs regarding the status of the remaining adjudications at issue in this litigation and to discuss the potential for further proceedings in this litigation. Defendants believe that it is possible this extension of time will eliminate the need for further litigation in this matter. Accordingly, Defendants respectfully request a reasonable extension of time, *i.e.*, until January 11, 2021, to respond to Plaintiffs' complaint.

A proposed order is attached.

Dated December 24, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar # 306656
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2541
Email: christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLIKARJUN EAGA, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>       *Defendants*. | Civil Action No. 20-2682 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion for an extension of time to respond to the complaint, the motion is hereby **GRANTED**. Defendants' response to Plaintiffs' complaint is due by January 11, 2021.

**SO ORDERED.**

_____            _____
Date                     Reggie B. Walton
                       United States District Judge