UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLIKARJUN EAGA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-2682 (RBW) |

### DEFENDANTS' MOTION TO DIMISS AND TRANSFER VENUE OR FOR SUMMARY JUDGMENT

Defendant, U.S. Citizenship and Immigration Services ("USCIS"), and Mark Koumans, in his official capacity as Acting Director of USCIS, respectfully move to either dismiss or transfer the various claims of the 10 different Plaintiffs in this case. As an initial matter, 9 of the 10 Plaintiffs' claims are moot and must be dismissed. The remaining claim should be severed and transferred to a more appropriate judicial district. Alternatively, should the Court allow any claims to remain here (and assuming that the remaining claim is not likewise mooted in the meantime), the Court should enter summary judgment in favor of Defendants. USCIS has not unreasonably delayed adjudicating Plaintiffs' immigration applications, and Plaintiffs may not use a mandamus action to skip ahead of other applicants in line.

Defendants attach to this motion a supporting memorandum, statement of facts, declaration of John M. Peace, and a proposed order.

\*   \*   \*

Dated: January 11, 2021	Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar #306656
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 252-2541
Email: christopher.hair@usdoj.gov

*Counsel for Defendants*