UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALLIKARJUN EAGA, *et al.*,

           *Plaintiffs*,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

           *Defendants*.

Civil Action No. 20-2682 (RBW)

## DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE

Pursuant to Local Civil Rule 7(h), Defendant, U.S. Citizenship and Immigration Services ("USCIS"), respectfully submits this statement of material facts as to which there is no genuine issue in support of its motion for summary judgment.

1. The earliest-filed, still-pending application at issue in this case was filed on June 4, 2020. *See* Peace Decl., App'x 1 (Lija Mariam Jose).

2. At the time that Plaintiffs filed their complaint on September 21, 2020, Lija Mariam Jose had been waiting less than four months. *Id.*

3. All other Plaintiffs in this action have had their EAD applications approved. *Id.*

4. Forms I-539 and I-765 are generally worked on a first-in, first-out process. *Id.* ¶ 2.

5. As part of its administration of immigration benefits, USCIS has the general authority to require and collect biometrics, which include fingerprints, photographs, and digital signatures for any person seeking an immigration benefit. Biometrics are required to adjudicate Form I-539 and certain categories of Form I-765. *Id.* ¶ 3.

6. Prior to March 22, 2019, the I-539/I-765's were processed concurrently with the premium I-129's. Beginning on March 22, 2019, a nationwide requirement to have all I-539 applicants complete biometrics was implemented. The biometrics requirement prohibits USCIS from adjudicating applications submitted with premium processing H-1B applications within 15 days and adds to the overall processing times for all H-4 applications. *Id.* ¶ 4.

7. As of the date of this declaration, the Texas Service Center's processing time for Form I-539 is approximately 7.5 to 10 months and the processing time for a standalone Form I-765 is approximately 7 to 9.5 months. *Id.* ¶ 5.

8. Biometrics are collected at an application support centers ("ASC"). Due to the worldwide Covid-19 pandemic, USCIS paused providing all in-person ASC services, as of March 18, 2020, until beginning phased reopening July 13, 2020. *Id.* ¶ 6.

9. A plaintiff's I-539 application to extend their H-4 status cannot be adjudicated until plaintiff's biometrics are captured at an ASC appointment. *Id.* ¶ 9.

10. A plaintiff's I-765, Employment Authorization Document cannot be adjudicated until their H-4 extension is adjudicated. *Id.* ¶ 10.

11. The closure of ASCs between March 18, 2020, and July 13, 2020, created a backlog in biometrics appointments. *Id.* ¶ 11.

12. The time required for USCIS to adjudicate H-4 applications is impacted by the agency's requirement that H-4 applicants submit biometrics as an additional security check. *Id.* ¶ 12.

Dated: January 11, 2021	Respectfully submitted,

	MICHAEL R. SHERWIN
	Acting United States Attorney

	BRIAN P. HUDAK
	Acting Chief, Civil Division

	*/s/ Christopher C. Hair*
	CHRISTOPHER C. HAIR, PA Bar #306656
	Assistant United States Attorney
	555 4th Street, N.W.
	Washington, District of Columbia 20530
	Telephone: (202) 252-2541
	Email: christopher.hair@usdoj.gov

	*Counsel for Defendants*