UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Mallikarjun EAGA, et al.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. CITIZENSHIP AND** )<br>**IMMIGRATION SERVICES**, )<br>et al. )<br>)<br>)<br>)<br>Defendant )<br>) | Civil Action No. 1:20-cv-02682<br><br><br><br>DECLARATION OF<br><br>John M (Mike) PEACE |

I, John M. Peace, declare as follows:

1. I am employed by the United States Department of Homeland Security, United States Citizenship and Immigration Services (USCIS) as the Section Chief responsible for overseeing the adjudication of Form I-539, Application to Extend/Change Nonimmigrant Status at the Texas Service Center (TSC), located in Irving, Texas.  In that capacity, I am authorized to have access to and to search the physical and electronic records associated with the adjudications that are conducted at the TSC, including the adjudication of the Form I-539, Application to Extend/Change Nonimmigrant Status and Form I-765, Application for Employment Authorization. The following declaration is based on my personal knowledge and information acquired in my official capacity and in the performance of my official functions as well as upon reasonable inquiry of appropriate DHS databases and personnel regarding I-539 and I-765 processing.

   **TSC Processing Procedures and Timeframe**

2. Forms I-539 and I-765 are generally worked on a first-in, first-out process.  Applications filed with TSC are worked according to the date the application was filed or received by USCIS.  Applications with an older filing date are worked before applications with a later filing date.  By not following the first-in, first-out rule, applicants who filed prior to the plaintiff may be waiting longer than the plaintiff for their immigration benefits.

3. As part of its administration of immigration benefits, USCIS has the general authority to require and collect biometrics, which include fingerprints, photographs, and digital signatures for any person seeking an immigration benefit.   Biometrics are required to adjudicate Form I-539 and certain categories of Form I-765.

4. Prior to March 22, 2019, the I-539/l-765's were processed concurrently with the premium I-129's. Beginning on March 22, 2019, a nationwide requirement to have all I-539 applicants complete biometrics was implemented. The biometrics requirement prohibits USCIS from adjudicating applications submitted with premium processing H-1B applications within 15 days and adds to the overall processing times for all H-4 applications.

5. As of the date of this declaration, the TSC processing time for Form I-539 is approximately 7.5 to 10 months and the processing time for a standalone Form I-765 is approximately 7 to 9.5 months.

6. Biometrics are collected at an application support centers ("ASC"). Due to the worldwide Covid-19 pandemic, USCIS paused providing all in-person ASC services, as of March 18, 2020, until beginning phased reopening July 13, 2020.

**Plaintiffs' Cases**

7. The chart attached as Appendix 1 to this declaration identifies all of the individuals included as plaintiffs in this action for whom at least some aspect of their most recent Form I-539 or Form I-765 applications were or are being adjudicated at the Texas Service Center of USCIS. Appendix 1 includes each plaintiff's name, location of residence, date of filing of his or her I-539, date of approval (if any) for his or her I-539, date of filing of his or her I-765, and the date of the adjudication (if any) for his or her I-765. To the extent any plaintiff's I-539 or I-765 has not yet been adjudicated as of the date of this declaration, Appendix 1 also indicates whether the review of the application is still within posted processing times at the Texas Service Center.

8. A plaintiff, as the spouse or child of an H-1B nonimmigrant, became eligible for the adjudication of these benefit requests when the principal's H-1B extension petition is approved.

9. A plaintiff's I-539 application to extend their H-4 status cannot be adjudicated until plaintiff's biometrics are captured at an ASC appointment.

10. A plaintiff's I-765, Employment Authorization Document cannot be adjudicated until their H-4 extension is adjudicated. See p. 11 of the Form I-765 Filing instructions pertaining to Spouse of an H-1B non-immigrant.

11. The closure of ASCs between March 18, 2020, and July 13, 2020, created a backlog in biometrics appointments.

12. The time required for USCIS to adjudicate H-4 applications is impacted by the agency's requirement that H-4 applicants submit biometrics as an additional security check.

13. The biometrics requirement prohibits USCIS from adjudicating applications submitted with premium processing H-1B applications within 15 days and adds to the overall processing time for all H-4 applications.

14. In order to mitigate increased processing times, USCIS accepts requests from applicants that their H-4 applications be expedited.

    USCIS may consider an expedite request if it meets one or more of the following criteria:

    - Severe financial loss to a company or person, provided that the need for urgent action is not the result of the petitioner's or applicant's failure to:
        1. File the benefit request or the expedite request in a reasonable time frame, or
        2. Respond to any requests for additional evidence in a reasonably timely manner;
    - Urgent humanitarian reasons;
    - Compelling U.S. government interests (such as urgent cases for the Department of Defense or DHS, or other public safety or national security interests); or
    - Clear USCIS error.

    When considering severe financial loss to a person: If the expedite request relates to an application for employment authorization or student status, the need to obtain employment authorization or student status, standing alone without any evidence of other compelling factors does not warrant expedited treatment.

15. All expedite requests claiming severe financial loss, regardless of the immigration benefit sought and regardless of whether the claimed loss is to a company or a person, must be documented to establish the loss and that the requestor is not able to withstand the temporary financial loss that is the natural result of normal processing times. https://www.uscis.gov/forms/forms-information/how-to-make-an-expedite-request; USCIS Policy Manual, Volume 1, Part A, Public Services, Chapter 5, Requests to Expedite Applications or Petitions**.**

16. If a request for expedited processing is denied, it is because they did not meet USCIS's criteria for expedited treatment.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

_____                    _____
DATE                                            John M. Peace
                                                Section Chief, Texas Service Center
                                                Irving, Texas

## Appendix 1

### Plaintiffs With Applications Pending at USCIS Texas Service Center

| Plaintiff | Plaintiff's residence | Date I-539 filed | Date I-539 adjudicated | Date I-765 filed | Date I-765 adjudicated | If Still Pending, Within Posted Processing Times? |
|---|---|---|---|---|---|---|
| Mallikarjun Eaga | Alpharetta, GA | LIN2016850750 4/20/2020 | Approved 12/23/2020 | LIN2016850772 4/20/2020 | Approved 12/23/2020 | N/A |
| Jyothi Bhimappa Chitagubbi | Acton, MA | EAC2014851349 3/18/2020 | Approved 11/24/2020 | EAC2014851361 3/18/2020 | Approved 11/24/2020 | N/A |
| Lija Mariam Jose | Dallas, TX | SRC2021950435 6/4/2020 | Pending | SRC2021950453 6/4/2020 | Pending | Yes |
| Venkata Lakshmi Anupama Puvvada | Morrisville, NC | EAC2090059380 3/23/2020 | Approved 11/24/2020 | EAC2090059381 3/23/2020 | Approved 11/24/2020 | N/A |
| Mangalagowri Tatini | Morrisville, NC | WAC2016550664 4/17/2020 | Approved 12/23/2020 | WAC2016550735 4/17/2020 | Approved 12/23/202 | N/A |
| Chaya Sravani Thodupunuri | St. Johns, FL | LIN2014650550 3/27/2020 | Approved 12/28/2020 | LIN2014650562 3/27/2020 | Approved 12/28/2020 | N/A |
| Prameela Santhamma | Hillsborough Township, NJ | WAC2015750116 4/8/2020 | Approved 12/23/2020 | WAC2090122809 6/4/2020 | Approved 12/23/2020 | N/A |
| Swapna Lakshmi Chinni Venkata | Brambleton, VA | LIN2013350391 3/11/2020 | Approved 12/28/2020 | LIN2013350404 3/11/2020 | Approved 12/28/2020 | N/A |
| Meenal Gattu | Jersey City, NJ | LIN2019350699 5/15/2020 | Approved 12/31/2020 | LIN2019350714 5/15/2020 | Approved 12/31/2020 | N/A |
| Mahalaxmi Krishnamurthy | Concord, NC | EAC2090063875 3/30/2020 | Approved 11/24/2020 | EAC2090063876 3/30/2020 | Approved 11/24/2020 | N/A |