UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALLIKARJUN EAGA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-2682 (RBW) |

### [PROPOSED] ORDER

Upon consideration of Defendant's motion to transfer and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that Plaintiffs' claims are hereby SEVERED and TRANSFERRED as follows:

The following plaintiffs' claims are hereby TRANSFERRED to the District of Nebraska: Swapna Lakshmi Chinni Venkata; Chaya Sravani Thodupunuri; Mallikarjun Eaga; and Meenal Gattu.

The following plaintiffs' claims are hereby TRANSFERRED to the District of Vermont: Jyoti Bhimappa Chitagubbi; Venkata Lakshmi Anupama Puvvada; and Mahalaxmi Krishnamurthy.

The following plaintiffs' claims are hereby TRANSFERRED to the Northern District of Texas: Lija Mariam Jose.

The following plaintiffs' claims are hereby TRANSFERRED to the Central District of California: Prameela Santhamma and Mangalagowri Tatini.

Dated: _____          _____
                                  The Honorable Reggie B. Walton
                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLIKARJUN EAGA, *et al.*, *Plaintiffs*, v. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, *Defendants*. | Civil Action No. 20-2682 (RBW) |

## [ALTERNATE PROPOSED] ORDER

Upon consideration of Defendant's motion to dismiss and for summary judgment, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that the claims of the following Plaintiffs are hereby DISMISSED WITH PREJUDICE: Swapna Lakshmi Chinni Venkata; Chaya Sravani Thodupunuri; Mallikarjun Eaga; Meenal Gattu; Jyoti Bhimappa Chitagubbi; Venkata Lakshmi Anupama Puvvada; Mahalaxmi Krishnamurthy; Prameela Santhamma; and Mangalagowri Tatini.

It is further **ORDERED** that Defendant is hereby granted JUDGMENT as to the claims of the remaining Plaintiff Lija Mariam Jose.

This is a final and appealable order.


Dated: _____          _____
                                        The Honorable Reggie B. Walton
                                        United States District Judge